**FILED**

MAR 2 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　) | No. 11-00836 SBA (DMR) |
| 　　　　Plaintiff,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | DETENTION ORDER |
| 　　v.　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| ISMAEL EDUARDO AXTLE,　　　　　) | |
| 　　　　Defendant.　　　　　　　　) | |
| _____) | |

## I. DETENTION ORDER

Defendant Ismael Eduardo Axtle is charged in an indictment with violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm); 18 U.S.C. § 2119 (carjacking); 18 U.S.C. § 1951(a) (interference with commerce by robbery); and 18 U.S.C. § 924(c)(1)(A)(ii) (using/carrying a firearm during and in relation to a crime of violence). On March 27, 2012, the United States moved for Mr. Axtle's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On March 28, 2012, Defendant submitted to custody and waived the timing of his right to proffer information in support of his pretrial release, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to

DETENTION ORDER
CR 11-11836 SBA (DMR)　　　　　　　1
cc: Copy to parties via ECF, 2 Certified copies to US Marshal, Lisa, Pret. Svcs.

1   present witnesses, to cross-examine adverse witnesses, and to present information by proffer or

2   otherwise), and retained his right to make a proffer at a later proceeding.

3          After considering the limited information available to the Court, and the factors set forth

4   in 18 U.S.C. § 3142(g), the Court detains Mr. Axtle as presenting a danger to the community and

5   finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

6   assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*,

7   767 F.2d 1403, 1406 (9th Cir. 1985).

8                                        II.  CONCLUSION

9          The Court detains Mr. Axtle at this time.  Because Defendant waived the timing of his

10  right to present information under 18 U.S.C. § 3142(f) without prejudice, the Court orders that

11  the hearing may be rescheduled at Defendant's request.

12         Mr. Axtle shall remain committed to the custody of the Attorney General for confinement

13  in a corrections facility separate, to the extent practicable, from persons awaiting or serving

14  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

15  opportunity for private consultation with counsel.  On order of a court of the United States or on

16  request of an attorney for the Government, the person in charge of the corrections facility in

17  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose

18  of an appearance in connection with a court proceeding.

19         IT IS SO ORDERED.

20

21

22  DATED: March 28, 2012

                                        DONNA M. RYU
23                                      United States Magistrate Judge

24

25

26

27

28

DETENTION ORDER
CR 11-11836 SBA (DMR)                        2