1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   ISMAEL AXTLE
6

7                      UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND DIVISION
10
   UNITED STATES OF AMERICA      )  Case No: CR11-00836 SBA
11                               )
                    Plaintiff,   )  STIPULATION AND [~~PROPOSED~~]
12                               )  ORDER TO CONTINUE STATUS
   Vs.                           )  HEARING TO MAY 22, 2012
13                               )
   ISMAEL AXTLE                  )
14                               )
                    Defendant    )
15  _____ )

        A status conference is scheduled in the above-entitled matter for May 1, 2012.
16
   This will be defendant Axtle's first appearance in the District Court.   The government
17
   has produced voluminous discovery in the matter and defense counsel is in the process
18
   of reviewing these materials. Based on defense counsel initial inventory of the
19
   materials thus provided, additional materials have been requested from the government.
20

21      Therefore, the parties jointly request and Stipulate that the status conference

22 presently scheduled for May 1, 2012 be continued to May 22, 2012, to give the defense

23 an opportunity to review the materials already provided as well as additional materials it

24 anticipates receiving from the government.

25      The parties further stipulate and agree that the failure to grant this continuance

26 would unreasonably deny counsel for defendant the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from May 1, 2012 until May 22, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

SO STIPULATED.

|  /S/                              |  /S/                            |
| BRIGID MARTIN                     | DIANA L. WEISS                  |
| Assistant United States Attorney  | Attorney for Ismael Axtle       |

[~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 1, 2012, and May 22, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The Court further finds that the ends of justice served by excluding the time between May 1, 2012, and May 22, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between May 1, 2012, and May 22, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The status conference scheduled for May 1, 2012 is CONTINUED to May 22, 2012 at 10:00 a.m.

///

///

1  IT IS SO ORDERED.

3  Dated: 4-24-12

                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Court Judge

*USA v. Ismael Axtle* CR11-00836SBA
Stipulation and [Proposed] Order     - 3 -