Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendant
ISHMAEL AXTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISHMAEL AXTLE,<br><br>    Defendant. | Case No. CR-11-0836-2-SBA<br><br>STIPULATION AND PROPOSED ORDER WITHDRAWING DEFENSE MOTIONS AND VACATING HEARING DATE |

The United States, through Assistant United States Attorney Brigid S. Martin, and the defendant, Ishmael Axtle, through newly appointed counsel Martha Boersch, hereby stipulate and agree to the withdrawal of the defense motions, without prejudice to defendant's ability to refile the motions, and to vacatur of the hearing date.

The grounds for this stipulation are that defense counsel has just been appointed and requires time to familiarize herself with the discovery and the issues in the case. Absent withdrawal of the motions, the United States' response would be due Monday.

This matter is currently scheduled for a status conference before Magistrate Westmore on January 8, 2013 at 9:30 am.

///

///

///

///

///

1    STIP. AND PROPOSED ORDER
Case No.: CR-11-0836-2-SBA

Dated:  December 17, 2012

*/s/ Martha Boersch*
Martha Boersch

Dated:

*/s/ Brigid S. Martin*
Brigid S. Martin
Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

IT IS SO ORDERED.

DATED:12/17/12

Hon. Saundra Brown Armstrong
United States District Judge

2                STIP. AND PROPOSED ORDER
Case No.: CR-11-0836-2-SBA