Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendant
ISHMAEL EDUARDO AXTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISHMAEL EDUARDO AXTLE,<br><br>　　　　Defendant. | Case No. CR-11-0836-2-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

　　　The government, through Assistant United States Attorney Brigid S. Martin and the defendant ISHMAEL EDUARDO AXTLE, through the undersigned counsel Martha Boersch, hereby agree and stipulate to continue the status conference set for January 22, 2013, to February 5, 2013 and to exclude time under the Speedy Trial Act until that date.

　　　The grounds for this stipulation are as follows:

　　　1.　　Defense counsel was appointed to represent the defendant on or about December 12, 2012;

　　　2.　　Defense counsel needs additional time to review the discovery produced by the government;

　　　3.　　The government and defense counsel have been attempting to reach a resolution of this case;

　　　4.　　The government produced a draft plea agreement to defense counsel on January 16, 2013;

　　　5.　　Defense counsel needs additional time to review the proposed plea agreement and to consult with the defendant who is in custody.

6. The government and the defendant agree that based on the foregoing, time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED:  January 17, 2013                    _____/s/ Martha Boersch_____
                                            MARTHA BOERSCH
                                            Attorney for HAMID GHAZVINI


DATED:  January 17, 2013                    _____/s/ Brigid S. Martin_____
                                            BRIGID S. MARTIN
                                            Assistant United States Attorney

IT IS SO ORDERED.


DATED:  1/17      , 2013                    _____/s/ Kandis Westmore_____
                                            HON. KANDIS A. WESTMORE
                                            United States Magistrate Judge

Dated: January 17, 2013

*/s/ Martha Boersch*
Martha Boersch

Dated:

*/s/ Brigid S. Martin*
Brigid S. Martin
Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

IT IS SO ORDERED.

DATED:

Hon. Saundra Brown Armstrong
United States District Judge

3   STIP. AND PROPOSED ORDER
Case No.: CR-11-0836-2-SBA