Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendant
ISHMAEL EDUARDO AXTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISHMAEL EDUARDO AXTLE,<br><br>Defendant. | Case No. CR-11-0836-2-SBA<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

The government, through Assistant United States Attorney Brigid S. Martin and the defendant ISHMAEL EDUARDO AXTLE, through the undersigned counsel Martha Boersch, hereby agree and stipulate to continue the change of plea hearing set for April 16, 2013, to April 30, 2013 and to exclude time under the Speedy Trial Act until that date.

The grounds for this stipulation are as follows:

1. Defense counsel is currently in trial in another matter and will be unable to attend the change of plea hearing on April 16, 2013;

2. Defense counsel needs additional time to review the discovery provided by the government to effectively evaluate the proposed plea agreement, and to consult with the defendant who is in custody.

\\

\\

\\

\\

3. The government and the defendant agree that based on the foregoing, time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Dated: April 15, 2013

                                        */s/ Martha Boersch*
                                        MARTHA BOERSCH
                                        Attorney for HAMID GHAZVINI

Dated: April 15, 2013

                                        */s/ Brigid S. Martin*
                                        Brigid S. Martin
                                        Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

    IT IS SO ORDERED.

DATED: April <u>15</u>, 2013

                                        Hon. Donna M. Ryu
                                        United States Magistrate Judge