MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ISMAEL EDUARDO AXTLE,<br><br>   Defendant. | No. CR 11-00836-2 SBA<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The above-captioned matter is currently set for a change of plea hearing before the duty United States Magistrate Judge on April 30, 2013, at 9:30 a.m. The parties stipulate and request a continuance for the change of plea until May 14, 2013.

The parties further stipulate and request an exclusion of time under the Speedy Trial Act between April 30, 2013 and May 14, 2013. Time is appropriately excluded under the Speedy Trial Act for effective preparation of defense counsel while the defense conducts necessary legal and factual research to properly evaluate the government's plea offer in this case and make

//

certain that any factual basis in an anticipated plea is accurate. 18 U.S.C. § 3161(h)(7)(B)(iv).

                                                Respectfully submitted,

Date: April 29, 2013                 /s/ Brigid S. Martin
                                          Brigid S. Martin
                                          Assistant United States Attorney

Date: April 29, 2013                 /s/ Martha Boersch
                                          Martha Boersch
                                          Counsel for Ismael Axtle

STIP. REQ. TO RESET CHANGE OF PLEA
AND EXCLUDE TIME
CR 11-00836-2 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00836-2 SBA |
| Plaintiff, ) | ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ISMAEL EDUARDO AXTLE, ) | |
| Defendant. ) | |

The parties jointly requested that the April 30, 2013 change of plea hearing in the above-captioned case be vacated and that the Court reset the hearing on May 14, 2013, at 9:30 a.m. The parties also requested that time be excluded under the Speedy Trial Act between April 30, 2013 and May 14, 2013, for defense to conduct additional legal and factual research in connection with defendant's evaluation of the government's plea offer. The Court grants the parties' requests and therefore,

**IT IS HEREBY ORDERED** that the April 30, 2013 hearing is VACATED, and RESET to May 14, 2013.

STIP. REQ. TO RESET CHANGE OF PLEA
AND EXCLUDE TIME
CR 11-00836-2 SBA

1  **IT IS FURTHER ORDERED** that based upon the representation of counsel and for
2  good cause shown, the Court finds that failing to exclude the time between April 30, 2013, and
3  May 14, 2013, would unreasonably deny defense counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
5  § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the
6  time between April 30, 2013, and May 14, 2013, from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
8  HEREBY ORDERED that the time between April 30, 2013, and May 14, 2013, shall be
9  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12  DATED:  4/29/2013           _____
13                              HON. DONNA M. RYU
                                United States Magistrate Judge

STIP. REQ. TO RESET CHANGE OF PLEA
AND EXCLUDE TIME
CR 11-00836-2 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO RESET CHANGE OF PLEA
AND EXCLUDE TIME
CR 11-00836-2 SBA