UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ISMAEL EDUARDO AXTLE,<br><br>   Defendant. | Case No:  CR 11-0836 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING GUILTY PLEA**<br><br>Docket 87 |

On March 26, 2013, the Court referred this matter to Magistrate Judge Ryu ("the magistrate") for a report and recommendation on the acceptance of Defendant's guilty plea. Dkt. 73.  On April 29, 2013, Magistrate Jude Ryu issued an order continuing the change of plea hearing from April 30, 2013 to May 14, 2013 before Magistrate Judge Westmore ("the magistrate").

On May 14, 2013, the Defendant appeared before the magistrate and, with the assistance of counsel, waived his right to enter a guilty plea before a district judge and instead consented to enter his plea in a hearing before the magistrate. See Dkt. 87.  The magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11.  Id.  After the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court.  Specifically, the Defendant pled guilty pursuant to a written plea agreement to Counts One through Seven of the Superseding Information charging Defendant with: two counts of Robbery Affecting Interstate Commerce in violation of 18 U.S.C. § 1951(a) and 2; two counts of Carjacking in violation of 18 U.S.C. § 2119; Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii);

and Possession of a Firearm in Furtherance of a Crime of Violence in violation of 18 U.S.C. § 924(c).  Id.  The magistrate found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent factual basis.  Id.

On May 16, 2013, the magistrate issued a Report and Recommendation Regarding Guilty Plea in which she recommends that this Court accept Defendant's guilty plea.  Dkt. 87.  The Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order.  Id.  No written objections to the Report and Recommendation were filed prior to the hearing.  At the September 23, 2013 sentencing hearing in this matter, the parties indicated that they have no objections to the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT the magistrate's Report and Recommendation (Dkt. 87) is ACCEPTED, the Defendant's guilty plea is accepted, and the magistrate's Report and Recommendation shall become the order of this Court.

IT IS SO ORDERED.

Dated:  9/23/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge