UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 11-00836 SBA |
| Plaintiff, | ) [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) |
| ISMAEL EDUARDO AXTLE, | ) |
| Defendant. | ) |

On April 8, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

a) one (1) 9mm Glock Model 17 handgun, serial number USA0975; and
b) eleven (11) rounds recovered from the Glock 17, serial number USA0975

("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property is forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 9/8/2014

_____
SAUNDRA B. ARMSTRONG
United States District Judge